AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>DENNIS LYNN CARTWRIGHT, JR., and<br>EILAND KWEST JOHNSON<br>*Defendant(s)* | Case No.<br>1:20-mj-502 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 22, 2020 to present** in the county of **Kent** in the **Western** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a), 843(b) | conspiracy to distribute cocaine and possess with intent to distribute cocaine; use of a telecommunications facility in furtherance of drug trafficking |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA Alexis Giudice, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/30/2020

*Judge's signature*

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*